IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03400-REB-CBS

TRENTON H. PARKER,
    Plaintiff,
v.

CONGRESSMAN JOHN BOEHNER, Speaker of The United States House of Representatives,
CONGRESSWOMAN NANCY PELOSI,
DENNIS HASTERT,
NEWT GINGRICH, former spe[a]kers of the House of Representatives,
CONGRESSMAN MIKE COFFMAN,
CONGRESSWOMAN DIANA DEGETTE,
CONGRESSMAN CORY GARDNER,
CONGRESSMAN DOUG LAMBORN,
CONGRESSMAN ED PERLMUTTER,
CONGRESSMAN JARED POLIS,
CONGRESSMAN SCOTT TIPTON, and
SCOTT GESSLER, Colorado Secretary of State,
    Defendants.

ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Mr. Parker's "Motion for Leave to File and Amended Complaint" (filed January 11, 2012) (Doc. # 3). Pursuant to the Order of Reference dated January 3, 2012 (Doc. # 2) and the memorandum dated January 11, 2012 (Doc. # 4), this matter was referred to the Magistrate Judge. The court has reviewed the Motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Mr. Parker may amend his "pleading once as a matter of course . . . within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is

1

required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a). While there is no record of service on Defendants, Mr. Parker filed the Motion within 21 days after filing his original Complaint with the court. Accordingly, IT IS ORDERED that:

1. "Plaintiff's Motion for Leave to File and Amended Complaint" (filed January 11, 2012) (Doc. # 3) is GRANTED.

2. The Amended Complaint (Doc. # 3-1) is accepted for filing as of the date of this Order.

DATED at Denver, Colorado this 11th day of January, 2012.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge