**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03400-REB-CBS

TRENTON H. PARKER,

      Plaintiff,

v.

CONGRESSMAN JOHN BOEHNER, SPEAKER OF THE UNITED STATES HOUSE OF
REPRESENTATIVES,
CONGRESSWOMAN NANCY PELOSI,
DENNIS HASTERT,
NEWT GINGRICH, FORMER SPE[A]KERS OF THE HOUSE OF REPRESENTATIVES,
CONGRESSMAN MIKE COFFMAN,
CONGRESSWOMAN DIANA DEGETTE,
CONGRESSMAN CORY GARDNER,
CONGRESSMAN DOUG LAMBORN,
CONGRESSMAN ED PERLMUTTER,
CONGRESSMAN JARED POLIS,
CONGRESSMAN SCOTT TIPTON, AND
SCOTT GESSLER, COLORADO SECRETARY OF STATE,

      Defendant.

---

## FINAL JUDGMENT

---

      In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Order Adopting Recommendation of United States Magistrate

Judge of Judge Robert E. Blackburn entered on May 12, 2014 it is

      ORDERED that the amended complaint [#6] of the plaintiff is DISMISSED

without prejudice based on the failure of the plaintiff to serve the defendants, to

prosecute this case, to comply with the orders of this court, and to comply with the rules

applicable to this case. It is

FURTHER ORDERED that judgment SHALL ENTER against the plaintiff,

Trenton H. Parker, and SHALL DISMISS the complaint of the plaintiff [#6] without

prejudice. It is

FURTHER ORDERED that Defendants shall have their costs by the filing of a Bill

of Costs with the Clerk of this Court within fourteen days of the entry of judgment,

pursuant to Fed. R. Civ. P. 58(a) and D.C.COLO.LCivR 54.1.


Dated at Denver, Colorado this 12th day of May, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   K Lyons _____

K Lyons
Deputy Clerk